IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

8:04CR525   USA v. Javier Carmelo Perez-Diaz
8:05CR56    USA v. Manuel Lopez-Garcia
8:05CR60    USA v. Luis Melena-Garcia
8:05CR45    USA v. Valentin Apanco-Hollos
8:05CR64    USA v. Brian Robert Raszler

### REASSIGNMENT ORDER

IT IS ORDERED that, in the interest of judicial economy, the above cases are reassigned to District Judge Joseph F. Bataillon for disposition and remain assigned to the magistrate judge currently assigned to the case for judicial supervision and processing of all pretrial matters.

IT IS FURTHER ORDERED that trial in the above matters is scheduled in front of Judge Joseph F. Bataillon on **April 25, 2005, at 9:00 a.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 21st day of April, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE